DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZORAIDA SEPULVEDA,**
Appellant,

v.

**JAIME RIVERA,**
Appellee.

No. 4D20-39

[January 21, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Chessman, Judge; L.T. Case No. 50-2003-DR-007465-XXXX-MB.

Craig A. Boudreau of Boudreau Law, West Palm Beach, for appellant.

Gina M. Szapucki and Caryn A. Stevens of Ward, Damon, Posner, Pheterson & Bleau, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***